UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | 3:21-CR-30009-SEM-KLM |
| ) | 3:20-CR-30046-SEM-KLM |
| ) | |
| RANDY BULL, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO CONTINUE PRETRIAL CONFERENCE, TRIAL DATE, AND TO EXTEND THE RULE 12.1 MOTION FILING DEADLINE

Defendant Randy Bull, by and through his attorney Rosana E. Brown of the Federal Public Defender's Office for the Central District of Illinois and pursuant to Title 18 U.S.C. Section 3161(h)(7)(A), moves this Court to enter an order extending for at least 60 days the Rule 12.1 motion filing deadline, pretrial conference date, and the trial date.  The pretrial conference is scheduled for May 20, 2022 at 3:00 p.m. and the trial date is June 7, 2022.  In support of this motion, Defendant states:

1. This Honorable Court ordered the preparation of a pre-plea criminal history and guideline study in Case No. 20-30046 on May

3, 2022. The parties need additional time to receive that report and either litigate or move forward with the case depending upon its outcome.

2. The United States Government by AUSA Tanner Jacobs has no objection to this Motion.

3. The ends of justice served by granting the continuance outweigh the best interest of the Defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). More time is also required under 18 U.S.C. § 3161(h)(7)(B)(iv), because the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

WHEREFORE, Defendant requests the entry of an Order continuing the final pretrial conference and trial for at least 60 days.

>Respectfully submitted,
>
>RANDY BULL, Defendant,
>
>THOMAS PATTON, Federal Public Defender
>
>By:   s/ Rosana E. Brown
>Rosana E. Brown

> Assistant Federal Public Defender
> Office of the Federal Public Defender
> 600 East Adams, 3rd Floor
> Springfield, Illinois 62701
> Telephone: (217) 492-5070
> Fax: (217) 492-5077
> E-mail: rosie_brown@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Tanner Jacobs
Assistant United States Attorney
Office of the U.S. Attorney
318 South Sixth Street
Springfield, IL 62701-1806

> By: __s/ Rosana E. Brown__
> Rosana E. Brown
> Assistant Federal Public Defender
> Office of the Federal Public Defender
> 600 East Adams, 3rd Floor
> Springfield, Illinois 62701
> Telephone: (217) 492-5070
> Fax: (217) 492-5077
> E-mail: rosie_brown@fd.org